**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CR. NO. 1:18-10131-STA |
| | ) | |
| MAURO ORTIZ-CHAIREZ, | ) | |
| | ) | |
| Defendant. | ) | |

---

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

---

This cause came to be heard on April 5, 2019, Assistant United States Attorney, Jim Powell, appearing for the Government and the defendant, Mauro Ortiz-Chairez, appearing in person, and with counsel, Dianne Smothers.

With leave of the Court, the defendant withdrew  the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, JULY 9, 2019 at 10:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 5th  day of April, 2019.

s/ S. Thomas Anderson
 CHIEF JUDGE, U. S. DISTRICT COURT