IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                             Cr. No. 18-10131-STA

MAURO ORTIZ-CHAIREZ,

    Defendant.

## ORDER AND NOTICE OF RESETTING

Upon Motion of the Defendant, upon good cause shown and there being no objection by the Government, the Motion to Advance Sentencing is hereby GRANTED.

The sentencing shall be reset on Friday, June 7, 2019 at 11:00 A.M.

ORDERED, this the 29th day of May, 2019.

                                                        s/S. Thomas Anderson
                                                        S. THOMAS ANDERSON
                                                        CHIEF U.S. DISTRICT COURT JUDGE